JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERIS BANK, a Georgia state-chartered banking corporation, doing business as BALBOA CAPITAL,<br><br>Plaintiff,<br><br>v.<br><br>INTEGRATED LAMINATE SYSTEMS, INC., a New Jersey corporation,<br><br>Defendant. | Case No. 8:25-cv-02210-KES<br><br>[Assigned to the Hon. Karen E. Scott]<br><br>**JUDGMENT**<br><br>Complaint Filed: October 1, 2025<br>Trial Date: None |

Pursuant to Plaintiff Ameris Bank, a George state-chartered banking corporation, doing business as Balboa Capital's Motion for Default Judgment, and pursuant to Federal Rule of Civil Procedure 55(b)(2), and good cause appearing, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED THAT:

1. Judgment be entered in this matter, in favor of Plaintiff and against Defendant Integrated Laminate Systems, Inc., a New Jersey corporation, in the total amount of **$154,462.03**; which is a sum of the following:

   a. Compensatory damages in the amount owed of $140,900.82, on the

Equipment Financial Agreement No. 471818-00;

b. Prejudgment interest in the amount of $6,639.20, at the statutory rate of 10 percent per annum, from July 20, 2025 (date of breach) to January 7, 2026 (date of decision);

c. Attorneys' fees in the amount of $6,418.01; and

d. Costs in the amount of $504.00.

2. The Clerk is ordered to enter this Judgment forthwith and take the hearing scheduled for January 13, 2026, off calendar.

DATED: January 7, 2026

*Karen E. Scott*

Hon. Karen E. Scott
UNITED STATES MAGISTRATE JUDGE